```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 12-60176-CIV-ZLOCH
```

DAVID R. CHASE, not
individually, but solely in
his capacity as Receiver for
AMERICAN PRECIOUS METALS, LLC,

    Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

LEA LAUREN a/k/a Lea Nehme,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Parties' Stipulation To Final Dismissal With Prejudice (DE 28). The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation To Final Dismissal With Prejudice (DE 28) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court will retain jurisdiction over the above-styled

cause solely for the purpose of enforcing the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___8th___ day of January, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2